UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,

      Plaintiff

                           Civil Action No. 01-294-ERIE

      v.

ALLEN M. COOK AND
JANINE M. COOK,

      Defendants

### CERTIFICATE OF SERVICE

I, _Cory A. Gibson_, do hereby certify that a true and correct copy of the foregoing Motion was served upon the following parties on September _21_, 2005 by first class U.S. Mail postage pre-paid:

Janine M. Cook         Allen M. Cook
4105 Station Road      11269 Miller Drive
North East, PA 16428   North East, PA 16428