UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,

          Plaintiff

                                   Civil Action No. 01-294-ERIE

        v.

ALLEN M. COOK AND
JANINE M. COOK,

          Defendants

## ORDER OF COURT

AND NOW, to wit, this _____ day of _____, 2005, upon

consideration of Plaintiff's Motion to Vacate Default Judgment, it is hereby ORDERED, ADJUDGED

AND DECREED that the default judgments entered in this case against Defendant Janine M. Cook on

February 25, 2002 and Defendant Allen M. Cook on September 16, 2002 are hereby vacated without

prejudice. It is further Ordered that the Clerk is to mark the Default Judgment vacated on the judgment

Index.

BY THE COURT.

_____